IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02503-RPM

DANIEL ZETTLER,

    Plaintiff,

v.

SALIDA POLICE OFFICER SHANE GARCIA,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [13] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bears their own costs and attorney fees related to this action.

Dated:   January 24th, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge